

Kaitland M. Kennelly
T: +1 212 479 6643
kkennelly@cooley.com

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 21.

SO ORDERED.

March 13, 2026

**Via ECF**

Arun Subramanian, U.S.D.J.
Date: March 17, 2026

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:    *Kanter v. Sony Corporation of America* et al., Civil Case No. 1:25-cv-09691-AS
       **Letter Motion to Stay Answer Deadline Pending Motion to Compel Arbitration**

Dear Judge Subramanian:

Pursuant to Rule 3.E of the Court's Individual Practices in Civil Cases, Defendants Sony Corporation of America and Sony Electronics Inc. (together, "Sony") respectfully submit this request seeking to (1) apply the previously-ordered Rule 12 motion briefing schedule to Sony's forthcoming motion to compel arbitration and (2) stay Sony's deadline to respond to the Complaint pending resolution of the motion to compel arbitration. Plaintiff does not oppose this request.

On January 16, 2026, Sony requested a sixty-day extension of the deadline to answer or otherwise respond to the Complaint to enable it to investigate Plaintiff's allegations and explore possible resolution avenues. (ECF No. 15.) The Court granted Sony's request, extending the deadline for Sony to respond to the Complaint to April 3, 2026 and ordering a briefing schedule for any Rule 12 motion. (ECF No. 16.) As part of Sony's investigation, Sony has determined that Plaintiff is bound by an arbitration agreement that requires all claims asserted in the Complaint to be arbitrated rather than litigated. On that basis, Sony intends to move to compel arbitration and stay the instant proceeding until arbitration has concluded.

In accordance with the existing schedule, and so as not to waive its right to arbitrate, Sony intends to file its motion to compel arbitration by April 3, 2026.[1] Although courts sometimes implicitly treat motions to compel arbitration as staying a defendant's deadline to answer the complaint, motions to compel arbitration are not among the motions enumerated in Rule 12. *See* Fed. R. Civ. P. 12(a)(4)(A); Fed R. Civ. P. 12(b); *see also Nicosia v. Amazon.com, Inc.*, 834 F.3d 220, 229–30 (2d Cir. 2016) (distinguishing between motions to dismiss under Rule 12(b) based on an arbitration provision and motions to compel arbitration under the FAA).

Sony therefore respectfully requests that the Court: (1) apply the previously-ordered Rule 12 motion briefing schedule to Sony's forthcoming motion to compel arbitration and (2) stay Sony's deadline to respond to the

---

[1] The Second Circuit recently explained that "a party with a claim to arbitration faces a binary choice: litigation or arbitration." *Doyle v. UBS Fin. Servs., Inc.,* 144 F.4th 122, 131 (2d Cir. 2025). Following *Doyle*, a party that defers filing a motion to compel arbitration until after a Rule 12(b)(6) motion risks a waiver of the right to arbitrate. *See id.* at 132 n.10.

Cooley LLP   55 Hudson Yards   New York, NY   10001-2157
t: +1 212 479 6000  f: +1 212 479 6275  cooley.com

# Cooley

March 13, 2026
Page Two

Complaint until 30 days after any denial of the motion to compel arbitration is entered. This sequence will preserve the parties' resources and promote judicial economy by avoiding potentially unnecessary motion practice. Accordingly, Sony requests that the Court grant this Letter Motion and order as follows:

1. Sony's motion to compel arbitration shall be filed on or before April 3, 2026.

2. Plaintiff's opposition to the motion to compel arbitration shall be filed on or before May 1, 2026.

3. Sony's reply in support of its motion to compel arbitration shall be filed on or before May 22, 2026.

4. Sony shall respond to the Complaint within thirty (30) days of any denial of its motion to compel arbitration.

The parties' next scheduled appearance is the initial pretrial conference on May 4, 2026. (ECF No. 16.) Sony sincerely appreciates the Court's attention to this matter.


Respectfully Submitted,

Kaitland M. Kennelly


cc: All Counsel of Record (via ECF)

Cooley LLP  55 Hudson Yards  New York, NY  10001-2157
t: +1 212 479 6000  f: +1 212 479 6275  cooley.com