UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IAN KANTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION OF AMERICA and SONY ELECTRONICS INC.,<br><br>Defendants. | Case No.: 1:25-cv-09691-AS<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS SONY CORPORATION OF AMERICA AND**
**SONY ELECTRONICS INC.'S NOTICE OF MOTION TO COMPEL ARBITRATION**

Defendants Sony Corporation of America and Sony Electronics Inc. respectfully move this Court for an Order compelling arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*. In support of this motion, Defendants rely on their supporting Memorandum of Law and the Declaration of David Wheeler, which are filed contemporaneously herewith.

Dated: April 3, 2026
New York, New York

Respectfully Submitted,
COOLEY LLP

By: /s/Kaitland M. Kennelly
Kaitland M. Kennelly
Hugh B. Hamilton
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
Email: kkennelly@cooley.com
hhamilton@cooley.com

Michael A. Attanasio (*pro hac vice*)
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
Tel: (858) 550-6000
Email: mattanasio@cooley.com

*Attorneys for Defendants Sony Corporation of America and Sony Electronics Inc.*