UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
IAN KANTER, individually and on behalf of                :    Case No.: 1:25-cv-09691-AS
all others similarly situated,                           :
                                                         :    ORAL ARGUMENT REQUESTED
                                  Plaintiff,             :
                                                         :
                    v.                                   :
                                                         :
SONY CORPORATION OF AMERICA                              :
and SONY ELECTRONICS INC.,                               :
                                                         :
                                  Defendants.            :
                                                         :
-------------------------------------------------------- X

### DEFENDANTS SONY CORPORATION OF AMERICA AND SONY ELECTRONICS INC.'S NOTICE OF MOTION TO COMPEL ARBITRATION

Defendants Sony Corporation of America and Sony Electronics Inc. respectfully move this

Court for an Order compelling arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et*

*seq*. In support of this motion, Defendants rely on their supporting Memorandum of Law and the

Declaration of David Wheeler, which are filed contemporaneously herewith.

Dated: April 3, 2026                    Respectfully Submitted,
       New York, New York               COOLEY LLP

                                        By:    /s/Kaitland M. Kennelly
                                               Kaitland M. Kennelly
This motion was filed on April 3, 2026, and as of April 21,        Hugh B. Hamilton
2026 no opposition has been filed by plaintiffs. Under Local       55 Hudson Yards
Rule 6.1(b), "any opposing or response papers must be served       New York, NY 10001
within 14 days after service of the moving papers." If plaintiff   Tel: (212) 479-6000
wishes to contest the motion, plaintiff should do so by April      Email: kkennelly@cooley.com
23, 2026. Otherwise the Court will grant the motion as                    hhamilton@cooley.com
unopposed.
                                               Michael A. Attanasio (*pro hac vice*)
SO ORDERED.                                    COOLEY LLP
                                               10265 Science Center Drive
                                               San Diego, CA 92121
                                               Tel: (858) 550-6000
                                               Email: mattanasio@cooley.com

Arun Subramanian, U.S.D.J.              *Attorneys for Defendants Sony Corporation of*
Date: April 21, 2026                    *America and Sony Electronics Inc.*