UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IAN KANTER, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION OF AMERICA, and SONY ELECTRONICS INC.,<br><br>Defendants. | Case No. 1:25-cv-9691 |

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that Plaintiff Ian Kanter, by and through his undersigned counsel, hereby provides this Notice of Non-Opposition to Defendants' Sony Corporation of America and Sony Electronics Inc., filed Motion to Compel Arbitration [ECF No. 34] in this action. Plaintiff Kanter additionally does not oppose the requested relief to stay this action pending arbitration proceedings. This Notice is submitted without waiver of any rights, remedies, claims, defense, counterclaims, or arguments that Plaintiff may have in arbitration or otherwise, except as expressly stated herein.

Dated: April 23, 2026

Respectfully submitted,

By: */s/ Bruno Ortega-Toledo*
Bruno Ortega-Toledo*
Nicholas A. Migliaccio
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520

nmigliaccio@classlawdc.com
jrathod@classlawdc.com
bortega@classlawdc.com

***Attorneys for Plaintiff and the Classes***

**Admitted pro hac vice*