UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                     :

IAN KANTER, individually and on behalf of   :   Case No.: 1:25-cv-09691-AS
all others similarly situated,                     :
                                       :   ORAL ARGUMENT REQUESTED

                    Plaintiff,     :

                  v.                            :

SONY CORPORATION OF AMERICA       :
and SONY ELECTRONICS INC.,             :

                  Defendants.   :

------------------------------------------------------------ X

## DEFENDANTS SONY CORPORATION OF AMERICA AND
## SONY ELECTRONICS INC.'S NOTICE OF MOTION TO COMPEL ARBITRATION

       Defendants Sony Corporation of America and Sony Electronics Inc. respectfully move this

Court for an Order compelling arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et

seq*.  In support of this motion, Defendants rely on their supporting Memorandum of Law and the

Declaration of David Wheeler, which are filed contemporaneously herewith.

Dated: April 3, 2026                     Respectfully Submitted,
       New York, New York          COOLEY LLP

GRANTED as unopposed, as plaintiff has        By:    */s/Kaitland M. Kennelly*
affirmatively indicated that he is not                    Kaitland M. Kennelly
opposing the motion and consents to                 Hugh B. Hamilton
arbitration. Dkt. 28.                           55 Hudson Yards
                                             New York, NY 10001
The Clerk of Court is respectfully directed           Tel: (212) 479-6000
to terminate the motion at ECF No. 24               Email: kkennelly@cooley.com
and to stay this case as arbitration                          hhamilton@cooley.com
proceeds.

SO ORDERED.                                   Michael A. Attanasio (*pro hac vice*)
                                             COOLEY LLP
                                             10265 Science Center Drive
                                             San Diego, CA 92121
                                             Tel: (858) 550-6000
                                             Email:  mattanasio@cooley.com

Arun Subramanian, U.S.D.J.            *Attorneys for Defendants Sony Corporation of
Date: April 24, 2026                     America and Sony Electronics Inc.*